IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROBERT MARTIN,

      Plaintiff,

vs.                                                        Case No.: 2:14-cv-046
                                                            JUDGE SMITH
                                                            Magistrate Judge Abel

HCA-ROUSE, *et al.*,

      Defendants.

## ORDER

On March 30, 2014, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's Motion to Proceed in forma pauperis be **DENIED**. (*See Report and Recommendation*, Doc. 3). The parties were advised of their right to object to the *Report and Recommendation.* This matter is now before the Court on Plaintiff Martin's Objections to the *Report and Recommendation*. (*See* Doc. 5). The Court will consider the matter *de novo*. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

The objections present the same issues presented to and considered by the Magistrate Judge in the *Report and Recommendation*. Plaintiff has had more than three previous suits dismissed and/or appeals denied because his complaint was frivolous or failed to state a claim. Despite Plaintiff's attempt to classify his injuries as constituting "imminent danger," he has not sufficiently alleged that he is in imminent danger of serious physical harm. For the reasons stated in the *Report and Recommendation*, this Court finds that Plaintiff's objections are without merit and are hereby **OVERRULED**.

The *Report and Recommendation,* Document 3, is **ADOPTED** and **AFFIRMED.** Plaintiff's Complaint is hereby dismissed in its entirety.

The Clerk shall remove Document 3 from the Court's pending motions list. The Clerk shall terminate this case.

**IT IS SO ORDERED**.

/s/ *George C. Smith*  
**GEORGE C. SMITH, JUDGE**  
**UNITED STATES DISTRICT COURT**