IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Robert Martin,** | : | |
| Plaintiff, | : | Civil Action 2:14-cv-046 |
| v. | : | Judge Smith |
| **HCA-Rouse,** *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

**ORDER DISMISSING FOR WANT OF PROSECUTION**

Plaintiff has failed to pay the $505 appellate filing fee within thirty days of the October 3, 2014 Order of the United States Court of Appeals for the Sixth Circuit. Accordingly, the Clerk of Court is **DIRECTED** to enter judgment dismissing this case for want of prosecution.  Rule 41(b), Fed. R. Civ. P.  *See, Link v. Wabash R. Co.,* 370 U.S. 626, 630-31 (1962).  S.D. Ohio Civil Rule 55.1(c).

      *s/ George C. Smith*
      **GEORGE C. SMITH, JUDGE**
      **UNITED STATES DISTRICT COURT**